UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: Ercell Webb III | ) |
| | ) CASE NO. 10-46624-399 |
| Debtors | ) Chapter 13 |
| | ) |
| Ercell Webb, | ) Adversary No. |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| GMAC Mortgage, LLC, | ) |
| | ) |
| Defendant. | ) |

## SUMMARY OF EXHIBITS

EXHIBIT A:      Appraisal

EXHIBIT B:      Deed of Trust to M&I Bank, subsequently assigned to HSBC Mortgage Services, Inc

EXHIBIT C:      Deed of Trust to M&I Bank, subsequently assigned to GMAC Mortgage, LLC.

EXHIBIT D:      Proof of Claim of HSBC Mortgage Services, Inc.

EXHIBIT E:      Proof of Claim of GMAC Mortgage LLC.

EXHIBIT F:      Missouri Secretary of State Registered Agent Address evidencing that CSC - Lawyers Incorporating Service Company is authorized by GMAC Mortgage LLC, to receive service within the State of Missouri on its behalf

                                   Respectfully Submitted
                                   THE HEAGLER LAW FIRM

                                   /s/ Douglas M. Heagler
Date: 5/11/2011      Douglas M. Heagler, #, #48952
                                   Attorney for Debtor
                                   901 Booneslick Rd.
                                   St. Charles, MO  63301

Phone: (636) 278-2778  
Fax: (866) 371-9155  
Email: dheagler@freshstartbk.com